# United States District Court
## Southern District of Georgia

CHRISTOPHER BROWN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-92

COMMISSIONER TIMOTHY C. WARD; and WARDEN TERRENCE KILPATRICK,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 2, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice. The Court denies Plaintiff leave to appeal in forma pauperis.

This case stands closed.

Approved by: _____

January 10, 2020
Date

Scott L. Poff
Clerk

(By) Deputy Clerk